UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON CECEMSKI, et al.,
                  Petitioners,

-v-

VERIZON COMMUNICATIONS, INC.,
                  Respondent.

24-CV-7964 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On October 18, 2024, counsel for Petitioners sought to file via ECF a petition to compel individual arbitrations naming 9,980 individual petitioners. (ECF No. 1 at 1.) The Clerk of Court's office staff raised concerns with counsel for Petitioners and the Court over the number of individual petitioners and the technical challenges of having that number of parties entered into the CM/ECF system. The Court is thus staying the case pending the appearance of Defendant Verizon Communications, Inc. and a telephonic conference to discuss how the action will proceed.

    Counsel for all parties are directed to appear telephonically to discuss case management on January 24, 2025, at 3:00 p.m. At the scheduled time counsel should call (888) 557-8511 and enter access code is 9300838.

    The Clerk of Court is directed to mark this case as stayed.

    SO ORDERED.

Dated: October 25, 2024
       New York, New York

                                          J. PAUL OETKEN
                                          United States District Judge